GALINA DORRIS (SBN 365131)
**GAVRILOV & BROOKS**
2315 CAPITOL AVENUE
SACRAMENTO, CA 95816
TELEPHONE: (916)504-0529
FACSIMILE: (916)473-5870
EMAIL: INFO@GAVRILOVLAW.COM

Attorney for Petitioner,
Jesus Sanchez Navarette

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jesus Sanchez Navarette,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF GOLDEN STATE ANNEX, ET AL.,<br><br>Respondents. | CASE NO. 1:26-CV-02777-DAD-EFB<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE** |

## JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE

Petitioner and Respondents, by and through their respective counsel, hereby stipulate and agree as follows:

1. On April 17, 2026, the Court issued an Order directing the Federal Public Defender's Office to file, within thirty (30) days, a notice advising whether Petitioner was financially eligible for appointed counsel and, if so, identifying the attorney appointed to represent him.
2. As of today no briefing schedule has been assigned by the Court.
3. In light of the foregoing, and in the interest of judicial efficiency, the parties jointly request a modification of the current briefing schedule.

4. The parties therefore stipulate and agree to the following proposed schedule, subject to the Court's approval:
   - Petitioner's Supplemental Habeas Petition due 7/10/2026.
   - Respondent's Response due 07/17/2026, seven (7) days after the supplemental petition is filed; and
   - Petitioner's Reply due 7/21/2026, seven (7) days after Respondent's response is filed.
5. This request is made in good faith and not for purposes of delay, but to ensure that the amended petition and responsive filings are based on a complete and accurate record.

**IT IS SO STIPULATED.**

Dated: July 7, 2026

/s/ Galina Dorris
Attorney for Petitioner

By: /s/ SEAN DAVIS
(as authorized on July 07, 2026)
SEAN DAVIS
United States Attorney

** In compliance with Civil Local Rule 131€, the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

Galina Dorris (SBN 365131)
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Email: gdorris@gavrilovlaw.com

Attorney for Petitioner,
Jesus Sanchez Navarette

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jesus Sanchez Navarette<br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY<br><br>Respondents. | Case No.: 1:26-CV-02777-DAD-EFB<br><br>**ORDER**<br><br>Date of Hearing: N/A<br>Time of Hearing: N/A<br>Courtroom No.: N/A |

## ORDER

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby adopts the proposed modified briefing schedule set forth in the joint stipulation.

**IT IS SO ORDERED.**

Dated: July 20, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE